

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Micheal Ralston,

* From the 259th District
  Court of Jones County,
  Trial Court No. 023131.

Vs. No. 11-14-00097-CV

* September 25, 2014

Brad Livingston et al.,

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.